IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY EDDLEMAN f/k/a MARY ARMSTRONG, individually and on behalf of the class defined herein,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P. and SWC GROUP, LP d/b/a SOUTHWEST CREDIT,<br><br>Defendants. | CIVIL ACTION NO.:<br>2:21-cv-721-AMM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARY EDDLEMAN and the Defendant SOUTHWEST CREDIT SYSTEMS, L.P. AND SWC GROUP, LP D/B/A SOUTHWEST CREDIT, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 3, 2022                                              Respectfully Submitted,

MARY EDDLEMAN                                                       SOUTHWEST CREDIT SYSTEMS, L.P.
                                                                     AND SWC GROUP, LP D/B/A
/s/                                                                  SOUTHWEST CREDIT
_____
Wiggins Childs Pantazis Fisher & Goldfarb,                           /s/
LLC                                                                  _____
The Kress Building                                                   L. Jackson Young, Jr.
301 19th Street North                                                Christian & Small, LLP
Birmingham, Alabama 35203                                            505 20th Street North, Suite 1800
Telephone: (205) 314-0500                                            Birmingham, AL 35203
Facsimile: (205) 254-1500                                            (205) 879-8722
Email: bclark@wigginschilds.com                                      jlyoung@csattorneys.com
*COUNSEL FOR PLAINTIFF*                                              *COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

Allan L. Armstrong
ARMSTRONG LAW CENTER
2820 Columbiana Road
Birmingham, Alabama 35216
Aarmstrong.atty@gmail.com
*Attorney for Plaintiff*

Darrell L. Cartwright
CARTWRIGHT LAW CORPORATION
P.O. Box 383204
Birmingham, Alabama 35238-3204
dcartwright@gmail.com
*Attorney for Plaintiff*

/s/ L. Jackson Young, Jr.
OF COUNSEL

3580765.1